UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAHUSIA J. BANSHU,

                  Plaintiff,

-against-

SHOLOMO S. HAGGLER; JAMES EDWARD D'AUGUSTE; DENIS MICHAEL REO; JEFFEREY SAMUEL ZELLAN; DANIEL D. MCKENNA; GUESS DOE; SUPERVISOR JANE DOE; SUBMISSION CLERK,

                  Defendants.

24 **CIVIL** 3128 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the December 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 4, 2024
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                              Chief United States District Judge